# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Irena Domkiene

                Plaintiff,

v.                                        Case No.: 1:15−cv−05732
                                             Honorable Sara L. Ellis

Menard, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 16, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 12/16/2015. Status hearing set for 1/13/2016 at 9:30 AM to report on whether parties want a settlement conference or if a motion for summary judgment will be filed. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.